*The Law Office of*
# BORRELLI & ASSOCIATES, P.L.L.C.

1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Telephone (516) 248-5550
Fax (516) 248-6027

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone (212) 679-5000
Fax (212) 679-5005
www.employmentlawyernewyork.com

July 31, 2013

*Via Electronic Case Filing*
Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Shaunta Dove et al. v. Apple-Metro, Inc., et al.*
              *Civil Case No: 13-CV-01417(JBW)(RER)*

Dear Clerk of the Court:

    We write this letter to advise you that Douglas Levine is no longer employed with our Firm. We respectfully request that you remove him from the docket immediately on *Shaunta Dove et al. v. Apple-Metro, Inc., et al., Civil Case No. 13-CV-01417(JBW)(RER))*.

    Should you have any questions or concerns, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

                                            Respectfully,

                                            Michael J. Borrelli, Esq. (MB 8533)
                                            *For the Firm*

MJB:yzp