# EXHIBIT 1

## Cirino, Robert A.

| | |
|---|---|
| **From:** | Cirino, Robert A. |
| **Sent:** | Thursday, December 05, 2013 3:53 PM |
| **To:** | Christopher L. Van De Water (CLV@employmentlawyernewyork.com) |
| **Cc:** | Pauta, George B. (GPauta@littler.com); Smith, Erin W. |
| **Subject:** | FW: Apple-Metro litigation |

Christopher,

Needless to say, we were quite surprised by Daniela's email advising us that yesterday was her last day at the firm. Despite speaking with Daniela on no less than a weekly basis, she failed to tell us at any point of her impending departure or that the promises she made in terms of supplementing Plaintiff's discovery responses would go unfulfilled. While we understand that you may need time to get up to speed in this matter, these supplemental responses are long overdue and are necessary for the Defendants' defense in this matter. Can you please confirm as soon as possible when you intend to produce these responses.

We look forward to working with you on this and the *Marin* matter in the future.

Regards,

Bob

---

**From:** Daniela Nanau [mailto:danielananau@gmail.com]
**Sent:** Wednesday, December 04, 2013 1:23 PM
**To:** Cirino, Robert A.
**Cc:** Pauta, George B.; Smith, Erin W.; Ari Graff; Christopher L. Van De Water
**Subject:** Apple-Metro litigation

Dear Bob,

Today is my last day at Borrelli & Associates. The person replacing me on the Apple Metro litigation is Christopher Van De Water, who is cc'd to this email.

In light of my departure, we require some additional time to provide you the supplementary discovery responses we discussed in the email below on the Dove matter.

Additionally, Chris will be in touch with you under separate cover about outstanding Marin v. Applemetro discovery issues.

Chris' contact information is below:

Christopher L. Van De Water, Esq.
The Law Office of Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Tel. No. (516) 248 - 5550
Fax No. (516) 248 - 6027
www.employmentlawyernewyork.com
clv@employmentlawyernewyork.com

1

Thank you.

Daniela

Daniela E. Nanau, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Tel. No. (516) 248 - 5550
Fax No. (516) 248 - 6027
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel No. (212) 679 - 5000
Fax No. (212) 679 - 5005
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.
Begin forwarded message:

**From:** Daniela Nanau <den@employmentlawyernewyork.com>
**Subject: Re: Dove v. Apple-Metro, Inc. et al**
**Date:** November 26, 2013 at 2:14:03 PM EST
**To:** "Cirino, Robert A." <RCirino@littler.com>
**Cc:** "Pauta, George B." <GPauta@littler.com>, "Smith, Erin W." <ewsmith@littler.com>

Hi Bob,

I am not in a position to provide you with updated Dove responses but will get that information to you by December 4.

Thank you for your understanding.

Daniela

2

Daniela E. Nanau, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Tel. No. (516) 248 - 5550
Fax No. (516) 248 - 6027
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel No. (212) 679 - 5000
Fax No. (212) 679 - 5005
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

On Nov 26, 2013, at 12:14 PM, Cirino, Robert A. <RCirino@littler.com> wrote:

Daniela,

We were expecting your updated responses and damages calculation yesterday. Please let us know when you intend to provide this information.

Regards,

Bob

**From:** Daniela E. Nanau [mailto:DEN@employmentlawyernewyork.com]
**Sent:** Wednesday, November 13, 2013 10:42 AM
**To:** Cirino, Robert A.
**Cc:** Pauta, George B.; Smith, Erin W.
**Subject:** Re: Dove v. Apple-Metro, Inc. et al

Bob,

Plaintiff will be updating her discovery responses and provide an initial calculation of damages. I hope to provide you with that information by November 25, 2013.

Attached is the executed Confidentiality Stipulation. I have made no changes and can file this via ECF today if you like. Please let me know when I can expect the remainder of the Defendants' document production.

3

Additionally, I have not yet received a letter from Defendants regarding e-discovery, which you produced in the Marin case. When can I expect to receive it?

Thank you.

Daniela

Daniela E. Nanau, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Tel. No. (516) 248 - 5550
Fax No. (516) 248 - 6027
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel No. (212) 679 - 5000
Fax No. (212) 679 - 5005
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

Daniela E. Nanau, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
Tel. No. (516) 248 - 5550
Fax No. (516) 248 - 6027
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel No. (212) 679 - 5000
Fax No. (212) 679 - 5005
www.employmentlawyernewyork.com
den@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.