UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>- against -<br><br>APPLE METRO, INC., et al.,<br><br>                              Defendants. | Case No. 13 Civ. 1417<br>(ENV)(CLP) |

**NOTICES OF "CONSENT TO JOIN"**

Annexed hereto, pursuant to 29. U.S.C. § 216(b), are sixty-three "Consent to Join" forms in the above-captioned matter.