DocuSign Envelope ID: 1E3342D9-3C7E-4B6C-A84B-0053AE639549

1. I consent to be a party plaintiff in *Marin v. Apple Metro, Inc.*, No. 12 Civ. 5274 (EDNY) and *Dove v. Apple Metro, Inc.*, No. 13 Civ. 1417 (EDNY).

2. I also seek redress for other violations of the Fair Labor Standards Act, including Defendants' failure to pay me at the proper minimum wage rate for (1) work I performed that was not related to my tip-producing duties and for (2) any work that I performed that related to my tipped duties but was non-tip producing and exceeded 20 percent of my worktime. The Plaintiffs in *Marin* and *Dove* did not raise these claims in their complaints, and they are not described in the Notice that I received on February 23, 2015 or the Consent to Join Collective Action form I received. Shortly after joining this case, I will file a motion to intervene along with an intervener's complaint, in which I will raise the violations that the *Marin* and *Dove* Plaintiffs did not raise on a class and collective action basis.

3. By signing and returning this consent form, I hereby designate Outten & Golden LLP and Fitapelli & Schaffer, LLP, to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I do not consent to Borrelli and Associates, P.L.L.C. or The Ottinger Firm, P.C. representing me, making any decisions on my behalf, or recovering any attorneys' fees or costs based on my individual, class, or collective claims.

| Signature: /s/ Alen Th—  (DocuSigned by) | Date: 3/3/2015 |
|---|---|
| Print: Atavia Thomas | Telephone number: [redacted] |
| Address: [redacted] | City, State and Zip Code: Manhattan, NY 10027 |
| | Email address: [redacted] |