UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>APPLE METRO, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 12 Civ. 5274 (ENV)(CLP) |
| SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>APPLE METRO, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 13 Civ. 1417 (ENV)(CLP) |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

**WHEREAS,** on March 10, 2015, opt-in Plaintiff Atavia Thomas filed a Motion to Intervene;

**WHEREAS,** on March 19, 2015, the Honorable Magistrate Judge Cheryl L. Pollack set the following briefing schedule: "Responses to Ms. Thomas's motion to intervene are to be filed by 4/9/15. Ms. Thomas may reply by 4/30/15";

**WHEREAS,** on April 8, 2015, the Honorable Magistrate Judge Cheryl L. Pollack approved of the parties' agreed upon briefing schedule, setting oppositions to be filed by April 20, 2015 and the reply to be filed by May 4, 2015; and

**WHEREAS,** the parties have agreed to a second extension of the briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties, that oppositions to Ms. Thomas' motion to intervene shall be filed by April 27, 2015 and Ms. Thomas' reply shall be filed by May 11, 2015.

Dated: New York, New York
April 17, 2015

s/ Craig R. Benson

**LITTLER MENDELSON, P.C.**
Craig R. Benson
George B. Pauta
Christine L. Hogan
900 Third Avenue
New York, NY 10022
Tel: (212) 583.9600

*Attorneys for Defendants APPLE-METRO, INC., AM NYCF, LLC, 42ND APPLE, LLC, 117TH APPLE, LLC, AIRMONT APPLE, LLC, ASTORIA APPLE, LLC, AT APPLE, LLC, BAY PLAZA APPLE, LLC, BAY TERRACE APPLE, LLC, BED-STUY APPLE, LLC, BROADWAY APPLE, LLC, BTM APPLE, LLC, CORTLANDT APPLE, LLC, CROSS COUNTY APPLE, LLC, CROSSROADS APPLE, LLC, EB APPLE, LLC, EXPRESSWAY APPLE, LLC, FLATBUSH APPLE, LLC, FORDHAM APPLE, LLC, FRESH MEADOWS APPLE, LLC, HARLEM APPLE, LLC, HAWTHORNE APPLE, LLC, JAMAICA APPLE, LLC, KISCO APPLE, LLC, MAMARONECK APPLE, LLC, NEW DORP APPLE, L.L.C., NEW ROCHELLE APPLE, LLC, OUTERBRIDGE APPLE, LLC, PORT CHESTER APPLE, LLC, QUEENS CENTER APPLE, LLC, REGO PARK APPLE, LLC, RIVERDALE APPLE, LLC, S.I. MALL APPLE, L.L.C., SHEEPSHEAD APPLE, LLC, SVC APPLE, LLC, TRIANGLE APPLE, LLC, WHITE PLAINS APPLE, LLC, ZANE TANKEL, ROY RAEBURN, AUBERY DALEY, ROLAND RAYMOND, DEREK PALMER, SUSY QUINTERO, and CHRISTOPHER ANTOINE*

s/ Justin Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Sally J. Abrahamson
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212) 245-1000

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Frank J. Mazzaferro
475 Park Avenue South, 12th Floor
New York, NY 10016
Telephone: (212) 300-0375

*Attorneys for Atavia Thomas*

s/ Ariel Graff

**THE OTTINGER FIRM, P.C.**
Ariel Y. Graff
Robert W. Ottinger
20 W. 55th Street, 6th Floor
New York, New York 10019
Tel: (212) 571-2000

**BORRELLI & ASSOCIATES, PLLC**
Peter Andrews
Michael Borrelli
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel: (516) 248-5550

**LAW OFFICE OF DANIELA NANAU, P.C.**

2

                                              Daniela Nanau
                                              89-03 Rutledge Avenue
                                              Glendale, New York 11385
                                              Tel: (888) 404-4975

                                              *Attorneys for Plaintiffs*

**SO ORDERED:**
/s/ CHERYL L. POLLAK
_____
Hon. Cheryl L. Pollak
United States Magistrate Judge

4/20/15