

The Ottinger Firm P.C.

NEW YORK | SAN FRANCISCO

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

Ariel Y. Graff
ari@ottingerlaw.com

April 20, 2015

**BY ECF AND FACSIMILE**

The Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Marin, et al. v. Apple Metro, Inc., et al.* – No. 12-CV-5274 (ENV)(CLP)
           *Dove, et al. v. Apple Metro, Inc., et al.* – No. 13-CV-1417 (ENV)(CLP)

Dear Judge Pollak:

As Your Honor is aware, together with our co-counsel, we represent Plaintiffs in the above-referenced collective actions. We write to respectfully notify the Court that Mr. Daniel De los Santos — who opted-in to the *Marin* and *Dove* actions on March 10, 2015 — has directed us to request that Your Honor revoke his notice of consent to become a party plaintiff in both actions.[1] On his behalf, we therefore respectfully request that Your Honor "so-order" this letter authorizing and confirming the withdrawal of Mr. de Los Santos' consent to join and further participation in these actions.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Ariel Y. Graff*
Ariel Y. Graff

Attachment

cc: All counsel of record (by ECF)

So Ordered
/s/ Cheryl L. Pollak
4/20/15

---

[1] A copy of Mr. De Los Santos' previously filed opt-in form is annexed hereto.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS MARIN, KENNY LEBRON, and
MARTINA HANISCH, on behalf of themselves and all
others similarly situated,
                Plaintiffs,

- against -

APPLE METRO, INC., et al.,
                Defendants.

Case No. 12 Civ. 5274 (ENV)(CLP)

-related to-

Case No. 13 Civ. 1417 (ENV)(CLP)

SHAUNTA DOVE, on behalf of herself and all others
similarly situated,
                Plaintiff,

- against -

APPLE METRO, INC., et al.,
              Defendants.

**CONSENT TO JOIN
COLLECTIVE ACTION
LAWSUIT(S) REGARDING WAGES**

IF YOU RECEIVED THIS FORM AND WANT TO JOIN EITHER OR BOTH OF THESE LAWSUITS, PLEASE COMPLETE THESE **TWO STEPS**:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; **AND**

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW **NOT LATER THAN APRIL 20, 2015**.

        Apple-Metro Collective Action
        c/o CAA
        PO Box 6877
        Broomfield, CO 80021

**YOU CAN ALSO COMPLETE THE FORM ONLINE AT: www.ApplebeesCase.com;**
**ONLINE CONSENT FORM ID: APP0127787**
**OR FAX IT TO 1-866-540-4423;**
**OR SCAN AND EMAIL IT TO: Join@ApplebeesCase.com**

                \*    \*    \*    \*

[✓] I consent to join the *Marin, et al., v. Apple-Metro, Inc., et al.*, No. 12-cv-5274 (ENV)(CLP) lawsuit because I believe I was not paid for all the hours I worked at Applebee's;

[✓] I consent to join the *Dove, et al. v. Apple-Metro, Inc., et al.*, No. 13-cv-1417 (ENV)(CLP) lawsuit because I believe I did not receive all the tips that I was entitled to for my work at Applebee's.

I consent to join in <u>one or both</u> of the above collective action(s) brought in the United States District Court for the Eastern District of New York and authorize The Ottinger Firm, P.C. and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims.

SIGNATURE: _Daniel De los Santos_     PRINT NAME: _Daniel De los Santos_

02/21/15    [REDACTED Address]     Yonkers NY 10701
Date        Address                   City, State, Zip Code

914-[REDACTED]           [REDACTED]@hotmail.com
Telephone Number           Email Address