# BORRELLI & ASSOCIATES
## P.L.L.C.

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

1010 Northern Boulevard
Suite 328
Great Neck, NY 11021
Tel. No. 516.248.5550
Fax No. 516.248.6027

April 21, 2014

*Via Electronic Case Filing*
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Kelly A. Magnuson (KC0264)*

Dear Clerk of the Court:

    We submit this correspondence to advise that Kelly A. Magnuson is no longer employed with our Firm. We respectfully request that you remove him from the docket immediately on *Dove v. Apple-Metro, Inc., et al., Docket No: 13-CV-1417 (ENV)(CLP)*.

    Should you have any questions or concerns, please contact the undersigned.

    Respectfully,

    Michael J. Borrelli, Esq. (MB 8533)
    *Managing Member*

MJB:agg

So Ordered
/s/ CHERYL POLLAK
USMJ
4/22/15