UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS MARIN, et al., *on behalf of themselves
and all others similarly situated*,

                            Plaintiffs,                        **ORDER**

        - against -                                              12 CV 5274 (ENV)

APPLE-METRO, INC., et al.,

                            Defendants.
------------------------------------------------------------X
SHAUNTA DOVE, *on behalf of herself and all
others similarly situated*,

                            Plaintiff,                         **ORDER**

                                                         13 CV 1417 (ENV)

        - against -

APPLE-METRO, INC., et al.,

                            Defendants.
------------------------------------------------------------X

On October 22, 2012, Carlos Marin, Kenny Lebron, and Martina Hanisch (the "Marin plaintiffs"), on behalf of themselves and all others similarly situated, filed a Complaint against Apple-Metro, Inc., a corporation consisting of Applebee's Restaurants located in Manhattan, the Bronx, Brooklyn, Queens, Staten Island, Westchester and Rockland Counties ("Apple Metro"). (Docket No. 12 CV 5274). On March 18, 2013, Shaunta Dove ("Dove plaintiff"), on behalf of herself and all others similarly situated, filed a Complaint in a related action against defendants.

1

(Docket No. 13 CV 1417).

On March 10, 2015, Atavia Thomas filed a motion to intervene in the Marin and Dove actions. Thomas is represented by Outten & Golden, LLP and Fitapelli & Schaffer, LLP. On April 21, 2015, plaintiffs filed a letter advising the Court that Thomas' counsel, Fitapelli & Schaffer LLP, is advertising its role in this litigation in a misleading manner.

An in-person conference is scheduled for **April 23, 2015 at 11:30 a.m.** The Court will address plaintiffs' letter at the conference. Counsel from Outten & Golden, LLP and Fitapelli & Schaffer, LLP are ORDERED to appear at the conference.

Plaintiffs are Ordered to effect service of this Order on counsel from Outten & Golden, LLP and Fitapelli & Schaffer, LLP. Proof of such service shall be filed with the Court.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**
Dated: Brooklyn, New York
April 22, 2015

/s/ Cheryl Pollak
_____
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

2