UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAUNTA DOVE, on behalf of herself and all others
similarly situated,

                      Plaintiffs,

                  - against -

APPLE METRO, INC., et al.,

                    Defendants.

Case No. 13 Civ. 1417
(ENV)(CLP)

**NOTICE OF APPEARANCE**

 

**PLEASE TAKE NOTICE** that George D. Vallas of The Ottinger Firm, P.C., hereby

enters his appearance as counsel of Plaintiffs in the above-captioned matter.

Dated:  May 22, 2015
        New York, New York

Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

By: /s/ George D. Vallas
      George D. Vallas

401 Park Avenue South
New York, New York 10016
Tel:  (212) 571-2000
Fax: (212) 571-0505

*Counsel for Plaintiffs*