UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>- against -<br>APPLE METRO, INC., et al.,<br>    Defendants. | Case No. 12 Civ. 5274 (ENV)(CLP)<br><br>-related to-<br><br>Case No. 13 Civ. 1417 (ENV)(CLP) |
| SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br>- against -<br>APPLE METRO, INC., et al.,<br>    Defendants. | **CONSENT TO JOIN<br>COLLECTIVE ACTION<br>LAWSUIT(S) REGARDING WAGES** |

IF YOU RECEIVED THIS FORM AND WANT TO JOIN EITHER OR BOTH OF THESE LAWSUITS, PLEASE COMPLETE THESE **TWO STEPS**:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; **AND**

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW **NOT LATER THAN APRIL 20, 2015**.

    Apple-Metro Collective Action
    c/o CAA
    PO Box 6877
    Broomfield, CO 80021

YOU CAN ALSO COMPLETE THE FORM ONLINE AT: www.ApplebeesCase.com;
OR FAX IT TO 1-866-540-4423;
OR SCAN AND EMAIL IT TO: Join@ApplebeesCase.com

    \* \* \* \*

☐ I consent to join the *Marin, et al., v. Apple-Metro, Inc., et al.*, No. 12-cv-5274 (ENV)(CLP) lawsuit because I believe I was not paid for all the hours I worked at Applebee's;

☐ I consent to join the *Dove, et al. v. Apple-Metro, Inc., et al.*, No. 13-cv-1417 (ENV)(CLP) lawsuit because I believe I did not receive all the tips that I was entitled to for my work at Applebee's.

I consent to join in <u>one or both</u> of the above collective action(s) brought in the United States District Court for the Eastern District of New York and authorize The Ottinger Firm, P.C. and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims.

SIGNATURE: _R Smith_    PRINT NAME: _Raheem Smith_

07 / 06 / 2015    138 Thomasboyland st    Brooklyn ny 11233
Date      Address      City, State, Zip Code

  (347)636-9127      Rahbillz@gmail.com
Telephone Number      Email Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br>     Plaintiffs,<br>- against -<br>APPLE METRO, INC., et al.,<br>     Defendants. | Case No. 12 Civ. 5274 (ENV)(CLP)<br><br>-related to-<br><br>Case No. 13 Civ. 1417 (ENV)(CLP) |
| SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br>     Plaintiff,<br>- against -<br>APPLE METRO, INC., et al.,<br>     Defendants. | |

### AFFIDAVIT OF RAHEEM SMITH

Raheem Smith, of full age, being duly sworn, deposes and says:

1. I would like to participate as a party plaintiff in the *Marin* and *Dove* actions because I believe that Applebee's did not pay me all of the wages to which I was legally entitled during my employment.

2. I received a notice about these lawsuits in the mail. In early or mid-April 2015, I faxed a signed copy of the consent to join form to (I believe) the number provided on the Notice, from a fax machine at a local pharmacy.

3. When I called Plaintiffs' counsel July 6, 2015 to ask about the status of the lawsuits, I was informed that the law firm had not received the form that I attempted to fax prior to the deadline.

1

4. I would still like to participate in these lawsuits, and respectfully request that the Court permit me to do so, and that the date of my joining the lawsuits be counted as April 20, 2015 or prior.

5. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2015
New York, New York

By: _R. Smith_
Raheem Smith